# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-123-MOC-DCK

| | |
|---|---|
| LISA M. ALKINS-NULTY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DANAHER CORPORATION, KAVO KERR, DENTAL IMAGING TECHNOLOGIES CORPORATION, and DOES 1 through 10, Inclusive, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Deadline For Initial Attorneys' Conference" (Document No. 11) filed April 1, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Deadline For Initial Attorneys' Conference" (Document No. 11) is **GRANTED**. The Initial Attorneys' Conference is **STAYED** pending resolution of Defendants' Motions to Dismiss.

Signed: April 1, 2020

David C. Keesler
United States Magistrate Judge