IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-123-MOC-DCK

| | |
|---|---|
| LISA M. ALKINS-NULTY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANAHER CORPORATION, KAVO KERR, ) | |
| DENTAL IMAGING TECHNOLOGIES ) | |
| CORPORATION, and DOES 1 through 10, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Honore N. Hishamunda, concerning Daniel P. Hart on April 16, 2020. Daniel P. Hart seeks to appear as counsel *pro hac vice* for Defendant Danaher Corporation and Dental Imaging Technologies Corporation d/b/a Kavo Kerr. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Daniel P. Hart is hereby admitted *pro hac vice* to represent Defendant Danaher Corporation and Dental Imaging Technologies Corporation d/b/a Kavo Kerr.

Signed: April 16, 2020

David C. Keesler
United States Magistrate Judge