# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lisa M. Alkins-Nulty**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00123-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Dental Imaging Technologies Corporation<br>Danaher Corporation<br>Kavo Kerr**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action comes before the Court on Notice of Acceptance of Offer of Judgment ;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Notice of Acceptance of Offer of Judgment filed 7/20/2021.

July 23, 2021

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court