IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-123-MOC-DCK

| | |
|---|---|
| LISA M. ALKINS-NULTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANAHER CORPORATION, KAVO KERR, ) | |
| and DENTAL IMAGING TECHNOLOGIES ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion For Extension Of Time" (Document No. 45) filed July 23, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion as moot.

The undersigned observes that the Clerk of Court has very recently entered judgment as agreed by the parties. See (Document No. 46).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion For Extension Of Time" (Document No. 45) is **DENIED as moot**.

**SO ORDERED**.

Signed: July 23, 2021

David C. Keesler
United States Magistrate Judge